# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

September 27, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Brown v. Best Buy Co. Inc.*, Case No. 1:22-cv-04153-JPC
<u>Request for 30-Day Order</u>

Dear Judge Cronan:

We represent defendant Best Buy Co. Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Lamar Brown ("Plaintiff"), to inform the Court that the parties have reached an agreement in principle to resolve this action. Accordingly, counsel for Defendant respectfully requests that the Court stay all deadlines for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court. This is Defendant's first request for a stay pending submission of a stipulation of dismissal. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

---

> The request is granted. This case is stayed. All deadlines and conferences are adjourned *sine die*. If the parties have not submitted a stipulation of dismissal by October 27, 2022, they shall submit a joint status letter to the Court by that date. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 12.
>
> SO ORDERED.
> Date: September 27, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

---

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY 10178-0060      T +1.212.309.6000
United States                F +1.212.309.6001