UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

BEST BUY CO, INC.

                Defendant.

Case No. 1:22-cv-4153

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             December 2, 2022

                                    Respectfully Submitted,

                                    **/s/ Mars Khaimov**
                       By:    Mars Khaimov, Esq.
                             108-26 64th avenue, Second Floor
                             Forest Hills, New York 11375
                             Tel (929) 324-0717
                             Fax (929) 333-7774
                             Email: mars@khaimovlaw.com
                             *Attorney for Plaintiff*